UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-0040-FL

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROBERT LEVIE NORRIS, JR. )<br>_____ ) | ORDER TO UNSEAL CASE |

Upon motion of the United States, it is hereby ORDERED that the above-captioned case, with the exception of Docket Entry Nos. 18 and 24, is UNSEALED.

The Clerk of Court is hereby ORDERED to unseal the matter in accordance with this Order, with the exception of Docket Entry Nos. 18 and 24, which shall remain sealed until further order of the Court.

So ordered, this the 14th day of December, 2017.

HONORABLE LOUISE W. FLANAGAN
United States District Judge