UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CR-0040-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ROBERT LEVIE NORRIS, JR. | ) | |
| _____ | ) | |

Upon motion of Defendant Robert Levie Norris, Jr., and for good cause shown, it is hereby ORDERED that Docket Entry 5 be sealed from the public by the Clerk of Court until further order of this Court.

SO ORDERED, this __30th__ day of __May__, 2018.

_____
HONORABLE LOUISE W. FLANAGAN
United States District Judge