UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CR-0040-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ROBERT LEVIE NORRIS, JR. | ) | |
| _____ | ) | |

Upon motion of Defendant Robert Levie Norris, Jr. pursuant to Local Criminal Rule 55.2 to file his Sentencing Memorandum under seal, the Court finds that Defendant's Sentencing Memorandum contains sensitive information concerning his family, his minor children, and matters of the type considered confidential under this Court's Standing Order 09-SO-2. The Clerk of Court is hereby ORDERED to file under seal Defendant's Sentencing Memorandum, Docket Entry No. 30, which shall remain sealed until further order of the Court.

So ordered, this 30th day of May, 2018.

_____
HONORABLE LOUISE W. FLANAGAN
United States District Judge