# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Robert Levie Norris Jr.**                              **Docket No. 7:17-CR-40-1FL**

### Petition for Action on Conditions of Pretrial Release - ADJUDICATED

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Robert Levie Norris Jr., who was placed under pretrial release supervision by the Honorable Louise W. Flanagan, U.S. District Judge, after sentencing on the 5th day of June, 2017. The court sentenced the defendant to a 48 month term of custody and 3 years supervised release. Additionally, the court ordered the defendant to self-surrender for custody on or after September 1, 2018, as directed by the U.S. Marshal. Currently, the defendant is scheduled to self-surrender to the Bureau of Prisons on September 6, 2018.

On June 12, 2018, a Status Report was submitted to the court indicating the defendant's mental health/substance abuse assessment was scheduled for June 15, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** After sentencing, the defendant was placed on pretrial supervision. A condition of release ordered the defendant to attend weekly mental health treatment as directed by the U.S. Probation Office. On June 15, 2018, the defendant obtained a mental health/substance abuse assessment with Herring Human Services in Goldsboro, North Carolina. According to counselor Michael Herring, the assessment did not indicate a diagnosis for mental health treatment, and a risk of self-harm is not present based on Norris' presentation during the evaluation and his responses to key questions. However, based on the assessment, Norris is recommended for weekly substance abuse counseling as a result of his dependence on alcohol.

Based on the above, the probation officer respectfully recommends the conditions of release be modified to include substance abuse treatment, and the mental health condition be amended to remove the weekly treatment requirement. If needed, the defendant will attend mental health treatment as directed by the probation officer. The defendant, U.S. Attorney's Office, and defense counsel were contacted by the probation officer and no objections are noted to the proposed modification of the conditions of release.

**PRAYING THAT THE COURT WILL ORDER** the conditions of release be modified to include:

- The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the probation officer. The defendant must pay any treatment fees that may be charged by the facility.

- The defendant shall participate in mental health treatment as directed by the probation officer. The defendant must pay any treatment fees that may be charged by the facility.

Reviewed and approved,

I declare under penalty of perjury that the foregoing
is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: June 27, 2018

## ORDER OF THE COURT

Considered and ordered the __27th__ day of __June__, 2018, and ordered filed and made part
of the records in the above case.

Louise W. Flanagan
U.S. District Judge