IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CR-40-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT LEVIE NORRIS, JR., | ) | |

This matter is before the court on defendant's motion for judicial recommendation for 12 months RRC/home confinement (DE 48), filed *pro se*, on April 25, 2019. Hearing no objection from the government, defendant's motion is ALLOWED.

SO ORDERED, this 14th day of May, 2019.

Louise W. Flanagan
United States District Judge