IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-40-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ROBERT LEVIE NORRIS, JR. | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's pro se motion seeking compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), (DE 52), currently docketed as a motion for reconsideration. The government did not respond to the motion.

The court DIRECTS the clerk to amend the docket to reflect that docket entry 52 is a motion for compassionate release. The government is DIRECTED to respond to the motion within **21 days** of the date of this order, addressing the issues raised therein. Defendant may file reply to the government's response within **14 days** of receipt of the government's response.

SO ORDERED, this the 22nd day of November, 2019.

LOUISE W. FLANAGAN
United States District Judge